Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MICHAEL BEARDSLEE,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:23-cv-00434-JAD-DJA<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed: 03/23/2023 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff William Michael Beardslee ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on March 23, 2023, and currently, Experian's responsive pleading is due April 18, 2023. (ECF No. 1.) The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional

attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until May 9, 2023, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 17th day of April 2023.

| NAYLOR & BRASTER | PRICE LAW GROUP |
|---|---|
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> Cheryl O'Connor <br> Nevada Bar No. 14745 <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* | By: */s/ Michael Yancy* <br> Michael Everett Yancey, III <br> Nevada Bar No. 16158 <br> Consumer Attorneys PLC <br> 2300 West Sahara Avenue, Suite 800 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Plaintiff William Michael Beardslee* |

**IT IS SO ORDERED.**

Dated this __18th__ day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE